# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMAA ANTHONY CINQUE,
                Appellant,
vs.
THE STATE OF NEVADA; AND
DWAYNE DEAL, TIME KEEPER,
NDOC,
                Respondents.

No. 78941

**FILED**

JUN 21 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting respondents' motion to set aside a default judgment. First Judicial District Court, Carson City; James E. Wilson, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). An appeal may be taken from "[a] special order entered after final judgment, *excluding an order granting a motion to set aside a default judgment under NRCP 60(b)(1) when the motion was filed and served within 60 days after entry of the default judgment.*" NRAP 3A(b)(8) (emphasis added). The default judgment in this case was filed on

April 4, 2019; the motion to set it aside was filed and served on April 22, 2019. Therefore, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. James E. Wilson, District Judge
      Jamaa Anthony Cinque
      Attorney General/Carson City
      Rands & South & Gardner/Reno
      Carson City Clerk